**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LORNE JAY GREEN**,

       **Plaintiff**,

    **vs.**　　　　　　　　　　　　　　**Civil Action 2:09-CV-17**
　　　　　　　　　　　　　　　　　　**Judge Frost**
　　　　　　　　　　　　　　　　　　**Magistrate Judge King**

**TANDBERG INC.**,

       **Defendant.**

## ORDER

Upon motions, Doc. No. 13, 14, Brandon H. Elledge, Esq. and Jonathan O'Connell, Esq., are hereby **GRANTED** leave to appear *pro hac vice*, on behalf of defendant, conditional on counsel's registration for electronic filing with this Court,[1] or seeking leave to be excused from doing so, within fourteen days of the date of this Order.

August 19, 2009　　　　　　　　　　　　　　*s/Norah McCann King*
　　　　　　　　　　　　　　　　　　　Norah McCann King
　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Counsel may initiate the registration process at this Court's website, http://www.ohsd.uscourts.gov/cmecf.htm. Problems or questions should be directed to Ms. Lisa Wright, 614.719.3222.